Cite as 2019 Ark. 366

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON MODEL JURY INSTRUCTIONS-- CIVIL | **Opinion Delivered** December 5, 2019 |

**PER CURIAM**

Casey Castleberry, Esq., of Batesville, Joseph Falasco, Esq., of Little Rock, Jackie Harris, Esq., of Pine Bluff, Angilynn Taylor, Esq., of Hope, and Robert F. Thompson, III, Esq., of Paragould are appointed to the Arkansas Supreme Court Committee on Model Jury Instructions-Civil for three-year terms to expire on September 30, 2022. The court extends its appreciation to these new members for their willingness to serve on this important committee.

The court designates Michelle Kaemmerling, a current member of the committee, to succeed Chip Chiles as chair. We thank Mr. Chiles, whose term has expired, for his service and extend our appreciation to Ms. Kaemmerling for undertaking these duties. The court also expresses its gratitude to the other outgoing members, Lyn Pruitt, Chris Averitt, Neil Chamberlin, and Scott Hickam, for their years of valuable service to this committee.